IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHUCK LANE, | : |
| Petitioner | : |
| VS. | : CIVIL ACTION NO. 5:12-CV-0167 (MTT) |
| DAVID FRAZIER, | : |
| Respondent | : |

## ORDER

Petitioner **CHUCK LANE** seeks to appeal this Court's dismissal of his Petition for Writ of Habeas Corpus and has filed Motion for Leave to Proceed *in forma pauperis* on Appeal (ECF No. 18).   Petitioner's Motion is **MOOT**, as he has been denied a Certificate of Appealability. See 28 U.S.C. § 2253(c). Petitioner's Motion to Proceed *in forma pauperis* on Appeal is thus **DENIED**.

**SO ORDERED,** this 7th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr